COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

| | |
|---|---|
| Appellate case name: | In re 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC, Claudio Nunes and David Jeiel Rodrigues |
| Appellate case number: | 01-15-00423-CV |
| Trial court case number: | 2014-10896 |
| Trial court: | 133rd District Court of Harris County |

Relators, 8650 Frisco, LLC d/b/a Estilo Gaucho Brazilian Steakhouse, Mandona, LLC, Galovelho, LLC, Bahtche, LLC, Claudio Nunes and David Jeiel Rodrigues have filed a petition for writ of mandamus. On May 7, 2015, relators filed a "Motion for Emergency Temporary Relief to Stay Action by the Trial Court," requesting an emergency stay of the trial court's consideration of real parties in interest's "Fourth Motion to Enforce the Court's Order and for Sanctions." Realtors' motion for emergency temporary relief is **denied**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
    ☒ Acting individually    ☐ Acting for the Court

Date:  May 14, 2015